STATE OF OREGON,
*Respondent,*

*v.*

CYNTHIA ANN WATSON,
aka Cynthia Ann Hale,
*Appellant.*

0209-35715; A121289

103 P3d 680

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Monica L. Finch, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Doug M. Petrina, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Armstrong, Judge, and Deits, Judge pro tempore.

PER CURIAM

Affirmed. *State ex rel Juv. Dept. v. Fitch*, 192 Or App 56, 84 P3d 190, *rev den*, 337 Or 282 (2004).